Ernest L. Weiss, Bar No. 109459
Nicholas Schieffelin, Bar No. 302329
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California  92707
(714) 542-1800/FAX (714) 542-3592
eweiss@klinedinstlaw.com
nschieffelin@klinedinstlaw.com

Attorneys for Defendant
REGAL CINEMAS, INC. (erroneously sued and served as REGAL ENTERTAINMENT GROUP)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. HALL,<br><br>   Plaintiff,<br><br>v.<br><br>REGAL ENTERTAINMENT GROUP (unknown business entity) and DOES 1-25, inclusive,,<br><br>   Defendant. | Case No.   1:15-CV-01005---GSA<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND DEADLINES IN PRETRIAL SCHEDULING ORDER BY 45 DAYS; ORDER**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Courtroom:        10<br>Magistrate Judge: Hon. Erica P. Grosjean<br>Complaint Filed:  July 2, 2015<br>Trial Date:       September 15, 2016 |

Plaintiff JAMES E. HALL ("Plaintiff"), through his counsel Garrett & Jensen,  and Defendant REGAL CINEMAS, INC. (erroneously sued and served as Regal Entertainment Group) (hereinafter "Defendant"), through its counsel Klinedinst PC, hereby stipulate and seek Court approval for the following:

## STIPULATION

Since this Court's Status (Pre-Trial Scheduling) Order of December 7, 2015, the parties have exchanged written discovery.  Due to some disagreements regarding responses to outstanding discovery, the parties met and conferred in

good faith. Avoiding discovery motion practice, the parties have been able to reconcile these discovery issues and continued to work in good faith to obtain certain relevant medical records. However, the ongoing delay in the discovery process has precluded the parties from taking any depositions and/or obtaining expert review and discovery. Moreover, once the parties have obtained the necessary discovery and taken party depositions, they may explore the possibility of a settlement and/or mediation before engaging in expensive percipient and expert discovery.

The parties request a 45 day continuance of all deadlines in order to complete additional discovery, take depositions, and explore the possibility of settling and/or mediating Plaintiff's claims. Neither the Plaintiff nor the Defendant has sought any extensions of time from this Court in the litigation of this action.

Accordingly, the parties request to modify the Scheduling Conference Order as follows:

(1) Nonexpert Discovery due by 8/15/2016;
(2) Expert Disclosure due by 5/17/2016;
(3) Rebuttal Expert Disclosure due by 6/16/2016;
(4) Expert Discovery due by 9/22/2016;
(5) Non-Dispositive Motions filed by 8/19/2016;
(6) Dispositive Motions filed by 8/29/2016;
(7) Pretrial Conference set for 12/19/2016 at 11:00 AM; and
(8) Jury Trial set for 1/27/2017

1  SO STIPULATED.
2          Respectfully Submitted.

5                                          GARRETT & JENSEN

8  DATED: February 23, 2016        By: /s/ Boyd F. Jensen II
                                        Boyd F. Jensen II
9                                       Attorneys for Defendant
                                        JAMES E. HALL

11                                      KLINEDINST PC

14 DATED: February 23, 2016        By: /s/ Nicholas W. Schieffelin
15                                     Ernest L. Weiss
                                       Nicholas W. Schieffelin
16                                     Attorneys for Defendant
17                                     REGAL CINEMAS, INC.
                                       (erroneously sued and served as
18                                     REGAL ENTERTAINMENT
                                       GROUP)

20  16555345v1

# ORDER

Accordingly, for good cause and pursuant to the above Stipulation of the Parties, IT IS HEREBY ORDERED that:

(1) Nonexpert Discovery due by 8/15/2016;

(2) Expert Disclosure due by 5/17/2016;

(3) Rebuttal Expert Disclosure due by 6/16/2016;

(4) Expert Discovery due by 9/22/2016;

(5) Non-Dispositive Motions filed by 8/19/2016;

(6) Dispositive Motions filed by 8/29/2016;

(7) Pretrial Conference set for 12/19/2016 at 11:00 AM; and

(8) Jury Trial set for 1/27/2017

All other orders in the Scheduling Order issued on December 7, 2015 (Doc. 25) remain in full force and effect.

Further extensions are discouraged and the Court will request a conference before doing do.

IT IS SO ORDERED.

Dated:   **February 24, 2016**          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE