Ernest L. Weiss, Bar No. 109459
Nicholas Schieffelin, Bar No. 302329
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California  92707
(714) 542-1800/FAX (714) 542-3592
eweiss@klinedinstlaw.com
nschieffelin@klinedinstlaw.com

Attorneys for Defendant
REGAL CINEMAS, INC. (erroneously sued and served as REGAL ENTERTAINMENT GROUP)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGAL ENTERTAINMENT GROUP (unknown business entity) and DOES 1-25, inclusive,,<br><br>　　　　Defendant. | Case No.   1:15-CV-01005-EPG<br><br>**JOINT STIPULATION AND REQUEST TO MODIFY THE FEBUARY 25, 2016 SCHEDULING ORDER; ORDER**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Courtroom:          10<br>Magistrate Judge: Hon. Erica P. Grosjean<br>Complaint Filed:   July 2, 2015<br>Trial Date:            September 15, 2016 |

Plaintiff JAMES E. HALL ("Plaintiff"), through his counsel Garrett & Jensen,  and Defendant REGAL CINEMAS, INC. (erroneously sued and served as Regal Entertainment Group) (hereinafter "Defendant"), through its counsel Klinedinst PC, hereby stipulate and seek Court approval for the following:

## STIPULATION

Pursuant to the Mid-Discovery Status Conference held on March 16, 2016, the parties request to modify the Scheduling Conference Order as follows:

- 1 -

(1) Expert Disclosure due by 07/08/2016;

(2) Designation of Rebuttal Expert Witnesses due by 08/12/2016;

(3) All Discovery Cut-Off (including hearing of discovery motions) due by 08/05/2016;

(4) Dispositive Motions filed by 09/02/2016;

(5) Expert Discovery due by 09/30/2016;

(6) Pretrial Conference set for 12/19/2016 at 11:00 AM; and

(7) Jury Trial set for 1/27/2017

SO STIPULATED.

        Respectfully Submitted.

GARRETT & JENSEN

DATED: March 23, 2016      By:  /s/ Boyd F. Jensen II
                                               Boyd F. Jensen II
                                               Attorneys for Defendant
                                               JAMES E. HALL

KLINEDINST PC

DATED: March 23, 2016      By:  /s/ Nicholas W. Schieffelin
                                               Ernest L. Weiss
                                               Nicholas W. Schieffelin
                                               Attorneys for Defendant
                                               REGAL CINEMAS, INC.
                                               (erroneously sued and served as
                                               REGAL ENTERTAINMENT
                                               GROUP)

**ORDER**

For good cause and pursuant to the above Stipulation of the Parties, IT IS HEREBY ORDERED that the Scheduling Order issued in this case is amended as follows:

(1) Expert Disclosure due by 07/08/2016;

(2) Designation of Rebuttal Expert Witnesses due by 08/12/2016;

(3) Discovery Cut-Off (including hearing of discovery motions) due by 08/05/2016;

(4) Dispositive Motions filed by 09/02/2016;

(5) Expert Discovery due by 09/30/2016;

(6) Pretrial Conference remains set for 12/19/2016 at 11:00 AM; and

(7) Jury Trial remains set for 1/27/2017.

IT IS SO ORDERED.

Dated: __**March 24, 2016**__           /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE